UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LEE JENKINS, JR., | No. 2:13-cv-2273 KJN P |
| Plaintiff, | |
| v. | ORDER |
| LARES, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, the certificate portion of the request which must be completed by plaintiff's institution of incarceration has not been filled out. Also, plaintiff has not filed a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). Therefore, plaintiff will be provided the opportunity to submit a completed in forma pauperis application and a certified copy in support of his application.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission and submit the following documents to the court:

////

1

        a. A complete Application to Proceed In Forma Pauperis By a Prisoner; and

        b. A certified copy of plaintiff's prison trust account statement for the six month period immediately preceding the filing of the complaint.

    2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner; and

    3. Plaintiff's failure to comply with this order may result in the dismissal of this action without prejudice.

Dated: November 15, 2013

jenk2273.3c+newjfm

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LEE JENKINS, JR., | No. 2:13-cv-2273 KJN P |
| Plaintiff, | |
| v. | NOTICE OF SUBMISSION |
| LARES, et al., | |
| Defendants. | |

Plaintiff submits the following documents in compliance with the court's order filed

_____:

\_\_\_\_   Complete Application to Proceed In Forma Pauperis By a Prisoner/Certified Copy of Prison Trust Account Statement

DATED: _____

_____
Plaintiff

1