UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LEE JENKINS, Jr., <br><br> Plaintiff, <br><br> v. <br><br> BLAUSER, et al., <br><br> Defendants. | No. 2:17-cv-1867 GEB DB P <br><br><br> ORDER |

Plaintiff is a state prisoner proceeding pro se with a civil rights action under 42 U.S.C. § 1983. In an order filed September 8, 2017, the district judge granted defendants' motion to sever and ordered plaintiff's original case, No. 2:13-cv-2273 GEB DB P, severed into four separate actions. (ECF No. 31.) The above-captioned case will proceed on plaintiff's claim #4 in his second amended complaint against defendants Blauser and Smith.

Based on his prior showing, the court will grant plaintiff in forma pauperis status in this action. See 28 U.S.C. § 1915(a).

The court has previously found that plaintiff stated a potentially cognizable claim against defendants Blauser and Smith and they have appeared in this action. (See Mar. 6, 2017 Order (ECF No. 15).) Defendants will be ordered to file a reply to claim #4 of the second amended complaint.

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request for leave to proceed in forma pauperis is granted.

2. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. Plaintiff is assessed an initial partial filing fee in accordance with the provisions of 28 U.S.C. § 1915(b)(1). All fees shall be collected and paid in accordance with this court's order to the Director of the California Department of Corrections and Rehabilitation filed concurrently herewith.

3. Defendants shall reply to the second amended complaint within thirty days of the filed date of this order.

DATED: September 11, 2017

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DLB1/prisoner-civil rights/jenk1867.ifp